RCK:reese

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL NO. L-00-2675 |
| | * | |
| ASSORTED COMPUTER EQUIPMENT | * | |
| (Reese0 | * | |
| Defendant. | * | |

\* \* \* \* \* \* \*

## DEFAULT DECREE OF FORFEITURE

IT IS ORDERED, ADJUDGED, AND DECREED on this 17TH day of November 2000, that:

1. The United States of America has provided constructive notice by publication of the pendency of this forfeiture action;

2. The time for the filing of any claim to contest this forfeiture has expired and no claim has been filed;

3. The United States of America has shown that there was reasonable cause for the seizure of the defendant property under 28 U.S.C. § 2465;

4. The defendant property is condemned and all rights, title, and interest of Gerald Reese and any and all other persons, are hereby forfeited to the United States of America; and

5. The United States Treasury Department shall dispose of the defendant property in accordance with law.

_____
Benson E. Legg
United States District Judge